IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS NIEVES, | : | No. 3:18cv1432 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Arbuckle) |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA; and PENNSYLVANIA STATE ATTORNEY GENERAL, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 2nd day of March 2020, we have before us for disposition Magistrate Judge William I. Arbuckle's report and recommendation, which proposes that Luis Nieves's petition for a writ of habeas corpus be denied and dismissed with prejudice. (Doc. 24). No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 24) is **ADOPTED**;

2) The petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED**;

3) The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT

/s James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**